UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

In re

PAUL DEN BESTE,

                Debtor(s).
_____/

PAUL DEN BESTE,

                Plaintiff(s),

v.

EDITH MAZZAFERRI,

                Defendant(s).
_____/

No. 10-13558

A.P. No. 11-1109

Memorandum on Motion for Summary Judgment
_____

    Plaintiff has filed a crude motion for summary judgment, supported only by a declaration reciting that the allegations in the complaint are true. There is no real opposition to the motion, but it still cannot be granted unless it demonstrates that plaintiff is entitled to judgment as a matter of law. *Robinson v. Wix Filtration Corp., LLC*, 599 F.3d 403, 409n8 (4th Cir. 2010).

    In order for a plaintiff to be entitled to a judgment pursuant to § 362(k) of the Bankruptcy Code, the violation of the automatic stay must be shown to be willful. This requires evidence that the

1

defendant knew about the automatic stay. *In re Ozenne,* 337 B.R. 214, 220 (9th Cir. BAP 2006). Plaintiff's motion does not establish a willful violation of the automatic stay. Accordingly, it cannot be granted. Either party may submit an appropriate form of order.

Dated: May 31, 2011

_____
Alan Jaroslovsky
U.S. Bankruptcy Judge

Case: 11-01109   Doc# 24   Filed: 05/31/11   Entered: 05/31/11 13:21:34   Page 2 of 3

# CERTIFICATE OF MAILING

The undersigned deputy clerk of the United States Bankruptcy Court for the Northern District of California hereby certifies that a copy of the attached document was mailed to all parties listed below as required by the Bankruptcy Code and Rules of Bankruptcy Procedure.

Dated: May 31, 2011              Linda Jerge
                                 Linda Jerge, Deputy Court Clerk

Paul R. DenBeste
30357 River Rd.
Cloverdale, CA 95425

Edith Mazzaferri
599 Oregan St.
Sonoma, CA 95426